| Fill in this information to identify the case: | |
|---|---|
| Debtor name | CALVIN 1 LLC |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF MICHIGAN |
| Case number (if known) | 25-44852 |

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals  12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*................................................................................................... $ 1.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................................ $ 62,236.98

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................................. $ 62,237.98

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................. $ 1,096,900.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................ $ 45,527.03

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................. +$ 1,824,218.40

4. **Total liabilities** ........................................................................................................................
   Lines 2 + 3a + 3b  $ 2,966,645.43