**Fill in this information to identify the case:**

Debtor name: CALVIN 1 LLC

United States Bankruptcy Court for the: EASTERN DISTRICT OF MICHIGAN

Case number (if known): 25-44852

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property 12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**
☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
☒ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| 2.1 | **Happy's Pizza - Corporate**<br>Creditor's Name<br><br>Attn: COO<br>30201 Orchard Lk. Rd.<br>Ste 200<br>Farmington, MI 48334<br>Creditor's mailing address<br><br>mo@happyspizza.com<br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>06/23/2020<br>**Last 4 digits of account number**<br>NA<br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes. Specify each creditor, including this creditor and its relative priority.<br>1. Happy's Pizza - Corporate<br>2. US Small Business Administration | **Describe debtor's property that is subject to a lien**<br>Huntington Bank ; Fifth Third Bank; Sordid food inventory (usually $7-$10k is on hand); Dough Mixer (appx. 5 yrs old); Walk-in Cooler (appx 5 yrs old); Walk-in Freezer (appx. 5 yrs old); Two Door Freezer (appx 5 yrs old); Double Deck Pizza Oven (appx. 5 yrs Old); Three-foot char grill (appx. 5 yrs old); Three 80-gallon fryers; 2 six-foot sandwich stations (5 yrs old appx); 5 comp sinks (appx. 5 yrs old); 2 handwash sinks (appx. 5 yrs old); 15 shelf units (appx. 5 yrs old); Three prep tables (appx. 5 yrs old); 1 smoker (appx 5 yrs old); Range Burner (5 yrs old appx); 3 POS systems (appx. 5 yrs old); 5 tvs, approximately 4 years old; Lease interest at 2804 Salem Ave., Dayton, OH 45406; 30 pots, pans, and miscellaneous dish ware (appx. 5 yrs old, lump-sum liquidation value)<br><br>**Describe the lien**<br>All Assets UCC Lien<br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | $62,237.98 |
| 2.2 | **US Small Business Administration**<br>Creditor's Name<br>14925 Kingsport Rd | **Describe debtor's property that is subject to a lien**<br>Huntington Bank ; Fifth Third Bank; Sordid food | $1,096,900.00 | $62,237.98 |

---

Official Form 206D      Schedule D: Creditors Who Have Claims Secured by Property      page 1 of 2

| Debtor | CALVIN 1 LLC | Case number (if known) | 25-44852 |
|---|---|---|---|
| | Name | | |

Fort Worth, TX 76155

inventory (usually $7-$10k is on hand); Dough Mixer (appx. 5 yrs old); Walk-in Cooler (appx 5 yrs old); Walk-in Freezer (appx. 5 yrs old); Two Door Freezer (appx 5 yrs old); Double Deck Pizza Oven (appx. 5 yrs Old); Three-foot char grill (appx. 5 yrs old); Three 80-gallon fryers; 2 six-foot sandwich stations (5 yrs old appx); 5 comp sinks (appx. 5 yrs old); 2 handwash sinks (appx. 5 yrs old); 15 shelf units (appx. 5 yrs old); Three prep tables (appx. 5 yrs old); 1 smoker (appx 5 yrs old); Range Burner (5 yrs old appx); 3 POS systems (appx. 5 yrs old); 5 tvs, approximately 4 years old; Lease interest at 2804 Salem Ave., Dayton, OH 45406; 30 pots, pans, and miscellaneous dish ware (appx. 5 yrs old, lump-sum liquidation value)

**Creditor's mailing address**

**Describe the lien**
All Assets Lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
08/12/2022 (est. - there was an amended amount taken)

**Last 4 digits of account number**
8208

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.1

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**  $1,096,900.00

### Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| US Attorney<br>Attn: Civil Division<br>Small Business Admin.<br>211 W. Fort St., Ste. 2001<br>Detroit, MI 48226 | Line 2.2 | |