UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (DETROIT)

In re:                                                                       Chapter 11

Calvin 1, LLC.,                                   Case Number 25-44852

        Debtor.                                             Hon. Mark A. Randon

_____/

**ORDER FOR STATUS CONFERENCE
IN THE CASE OF DEBTOR THAT HAS ELECTED
TO HAVE SUBCHAPTER V OF CHAPTER 11 APPLY**

     The Debtor filed this Chapter 11 case on May 12, 2025.  In the bankruptcy petition, the Debtor elected to have Subchapter V of Chapter 11 apply. *See* 11 U.S.C. § 1187(a).  Accordingly, the Court enters this Order.

     **IT IS ORDERED** that the Court will hold a telephonic status conference on ***June 9, 2025, at 11:00 a.m.***  *See* 11 U.S.C. § 1188(a).  The Debtor and the Subchapter V Trustee must appear. *See* 11 U.S.C. § 1183(b)(3).  The United States Trustee and creditors are invited, but not required to attend.  At least five minutes before the scheduled time for hearing, the parties should call (202) 503-1666 and use Conference ID 231 911 059#.  Please place phone on mute and wait until your case is called.  Once case is called, unmute phone and participate.

     At this conference, the following matters will be addressed:

          (1)     The appointment and fees of professionals.

          (2)     The obligations of the debtor-in-possession under Chapter 11.

          (3)     Case deadlines.

          (4)     The issues in the case.

          (5)     Whether and when motions or adversary proceedings might be filed.

          (6)     Cash collateral matters.

     On or before ***May 27, 2025***, the Debtor must file with the Court and serve on the Subchapter V Trustee and all parties in interest a report that details the efforts the Debtor has undertaken and will undertake to attain a consensual plan of reorganization. *See* 11 U.S.C. § 1188(c).

The Debtor must immediately serve a copy of this Order on the 20 largest creditors, all secured creditors, and the United States Trustee's Office.  The Debtor must file a proof of service.  The failure of the Debtor to comply with terms of this Order may result in dismissal.
**Signed on May 14, 2025**



/s/ Mark A. Randon
_____
**Mark A. Randon
United States Bankruptcy Judge**