# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION - DETROIT

**In Re:**

Calvin1, LLC

Chapter 11 (subch. V)
Case No. 25-44852

Debtor-In-Possession,

Hon. Mark A. Randon

_____/

## AMENDED ORDER SETTING HEARING ON DEBTOR'S <u>FIRST DAY MOTION(S) DKT #23  & DKT 38</u>

Upon the filing of the above-captioned motion,

IT IS HEREBY ORDERED THAT, a hearing on the above-captioned motions shall be held on **Thursday, May 15, 20225 at 11:00 a.m. remotely.** Please dial (202) 503-1666, Conference ID 231 911 059#

IT IS FURTHER ORDERED THAT Debtor shall serve a copy of this Order upon its secured claimants, counsel of record, the entities on the list of the 20 largest creditors filed with the Court via email to the extent known (and regular mail), and the office of the United States Trustee immediately by email.

**Signed on May 14, 2025**



/s/ Mark A. Randon
_____

**Mark A. Randon**
**United States Bankruptcy Judge**