UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE:<br>CALVIN1, LLC | CASE NO: 25-44852<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 11<br>ECF Docket Reference No. 41<br>Judge: Hon. Mark A. Randon |

On 5/14/2025, I did cause a copy of the following documents, described below,

Amended Hrg. Notice ECF Docket Reference No. 41

Order setting status confrence 40

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/14/2025

/s/ Alexander Berry-Santoro
Alexander Berry-Santoro  (P81545)
Attorney at Law
Maxwell Dunn, PLC
2937 E. Grand Blvd.
Detroit, MI  48202
248 246 1166
aberrysantoro@maxwelldunnlaw.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| IN RE: | CASE NO: 25-44852 |
|---|---|
| CALVIN1, LLC | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 11 |
| | ECF Docket Reference No. 41 |
| | Judge: Hon. Mark A. Randon |

On 5/14/2025, a copy of the following documents, described below,

Amended Hrg. Notice ECF Docket Reference No. 41

Order setting status confrence 40

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/14/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Alexander Berry-Santoro
Maxwell Dunn, PLC
2937 E. Grand Blvd.
Detroit, MI 48202

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| CASE INFO | DEBTOR | | |
|---|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 25-44852<br>EASTERN DISTRICT OF MICHIGAN<br>WED MAY 14 9-35-46 PST 2025 | CALVIN 1 LLC<br>4460 CHERRY HILLS DR<br>WEST BLOOMFIELD MI 48323-1611 | ADRIAN BURROWS<br>220 LANDMARK CT<br>FAIRBORN OH 45324-2758 | |

ANTHONY PERDUE
1141 TENNYSON AVE
DAYTON OH 45406-4345

DELVARVA POWER LIGHTS
PO BOX 17006
WILMINGTON DE 19850-7006

ELK ELK CO LTD
6105 PARKLAND BLVD
STE 200
CLEVELAND OH 44124-4258

~~EXCLUDE~~
~~(U)FORT WORTH TX 76155~~

HAPPYS PIZZA CORPORATE
ATTN COO
30201 ORCHARD LK RD STE 200
FARMINGTON MI 48334-2235

INTERNAL REVENUE SERVICE
INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION PO BO
PHILADELPHIA PA 19101-7346

LADYNA RIVERA AS ADMINISTRATOR
3090 PINNACLE PARK DR
DAYTON OH 45439-7961

MONTGOMERY COUNTY COMMON PLEAS COURT
41 N PERRY ST
DAYTON OH 45422-2001

OH DEPT OF TAXATION
ATTN BANKRUPTCY DIVISION
PO BOX 530
COLUMBUS OH 43216-0530

OHIO DEPARTMENT OF TAXATION
CO BK DIVISION
4485 NORTHLAND RIDGE BLVD
COLUMBUS OH 43229-6596

PEPSIAMERICAS CO
526 MILBURN AVE
DAYTON OH 45404-1678

PICKREL SHAEFFER EVELING CO LPA
40 N MAIN ST
STE 2700
DAYTON OH 45423-2700

SALEM PLAZA 1 LLC
4460 CHERRY HILL DR
WEST BLOOMFIELD MI 48323-1611

SOFO FOODS
253 WAGGONER BLVD
TOLEDO OH 43612-1952

TRISTATE STEAM CLEANING SERVICES LLC
PO BOX 340760
DAYTON OH 45434-0760

US ATTORNEY
ATTN CIVIL DIVISION
INTERNAL REVENUE SERVICE
211 W FORT ST STE 2001
DETROIT MI 48226-3220

US ATTORNEY
ATTN CIVIL DIVISION
SMALL BUSINESS ADMIN
211 W FORT ST STE 2001
DETROIT MI 48226-3220

~~EXCLUDE~~
~~(U)US SMALL BUSINESS ADMINISTRATION~~
~~14925 KINGSPORT RD~~

VECTREN ENERGY DELIVERY OF OHIO DBA
CEN
ONE VECTREN SQ
CANTON OH 44708

WALEED FADHEEL
30664 CREST FOREST
FARMINGTON MI 48331-1057

~~EXCLUDE~~
~~ALEXANDER JOSEPH BERRYSANTORO~~
~~MAXWELL DUNN PLC~~
~~2937 E GRAND BLVD~~
~~STE 308~~
~~DETROIT MI 48202-3149~~

~~EXCLUDE~~
~~(U)ANDREW R VARA~~

KIMBERLY ROSS CLAYSON
TAFT STETTINIUS HOLLISTER LLP
27777 FRANKLIN RD SUITE 2500
SOUTHFIELD MI 48034-8222