# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

In Re:

    CALVIN 1, LLC

            Debtor-In-Possession,

Chapter 11 (subch. V)
Case No. 25-44852-mar
Hon. Mark A. Randon

_____/

## NOTICE OF SUBSTANTIAL CONSUMMATION

NOW COMES Debtor, Calvin 1, LLC, and states the following as its Notice:

1. Debtor filed a Chapter 11 Plan on Aug. 11, 2025 (the "Plan").

2. Said Plan was duly confirmed by this Court on Sep. 29, 2025, and as amended on Oct. 20, 2025 (ECF No. 101) (the "Order Confirming Plan").

3. 11 USC § 1101(2) defines substantial consummation of the Plan as, among other things, "commencement of distribution under the [P]lan."

TO ALL PARTIES IN INTEREST:

4. Take notice that the first distributions under the plan have taken place within the past fourteen.

5. Take further notice that disbursements to all creditors are mailed; and, thus, the Plan is substantially consummated.

                              Respectfully submitted,

DATED: 11/12/25

/s/Alexander J. Berry-Santoro
Alexander J. Berry-Santoro (P81545)
Ethan D. Dunn (P69665)
*Counsel for Debtor-in-Possession*
Maxwell Dunn, PLC
2937 E. Grand Blvd., Ste. 308
Detroit, MI 48202
(248) 654-6344
aberrysantoro@maxwelldunnlaw.com